IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOMINIC GWINN,<br><br>                      Plaintiff,<br><br>vs.<br><br>CITY OF CHICAGO, and DAVID O'NEAL O'NEAL BROWN,<br><br>                      Defendants. | Case No. 1:23-cv-01823<br><br>Honorable Nancy L. Maldonado |

## AGREED MOTION TO EXTEND BRIEFING SCHEDULE

Defendants hereby request that the remaining briefing schedule for the parties' respective motions for summary judgment be extended one week as follows:

1. Plaintiff's response to defendants' motion for summary judgment be extended from May 24, 2024 to May 31, 2024.

2. Defendants' response to plaintiff's motion for summary judgment be extended from May 24, 2024 to May 31, 2024.

3. Plaintiff's reply in support of plaintiff's motion for summary judgment be extended from June 7, 2024 to June 14, 2024.

4. Defendants' reply in support of defendants' motion for summary judgment be extended from June 7, 2024 to June 14, 2024.

The grounds for this motion is that defendants' counsel, Joseph Schmidt, just returned from vacation, and defendants' co-counsel, Sophie Honeyman, is out of town this week on another case. Defendants' counsel request the additional time to have sufficient time to confer with each other and their client and to complete the response to plaintiff's motion for summary judgment.

No prior extensions have been granted regarding the response and reply briefs.

Plaintiff's counsel, Evan Andersen, consents to this motion.

| | |
|---|---|
| DATED: May 22, 2024 | Respectfully submitted, |
| **DOMINIC GWINN** | **CITY OF CHICAGO and DAVID O'NEAL BROWN** |
| By: */s/Evan A. Andersen* <br> One of Their Attorneys | By: */s/ Joseph F. Schmidt* <br> One of Their Attorneys |
| EVAN A. ANDERSEN (GA Bar Number: 377422 (admitted pro hac vice)) <br> **SRIPLAW, P.A.** <br> 3355 Lenox Road NE <br> Suite 750 <br> Atlanta, GA 30326 <br> (470) 598-0800 <br> Evan.andersen@sriplaw.com | Joseph F. Schmidt (ARDC # 2492180) <br> Sophie E. Honeyman (ARDC # 6343417) <br> **TAFT STETTINIUS & HOLLISTER LLP** <br> 111 E. Wacker Dr., Ste. 2600 <br> Chicago, Illinois 606061 <br> (312) 527-4000 <br> jschmidt@taftlaw.com <br> shoneyman@taftlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on May 22, 2024, he caused the foregoing *Agreed Motion to Extend Briefing Schedule* to be filed with the Clerk of the United States District Court for the Northern District of Illinois, a copy of which will be served on all counsel of record by the Clerk's CM/ECF system.

                                                 */s/ Joseph F. Schmidt*