# **EXHIBIT C**

*Defendants' Request to the U.S. Copyright Office*

| | |
|---|---|
| **From:** | Hultgren, Tracy L. <thultgren@taftlaw.com> on behalf of Schmidt, Joseph F. <jschmidt@taftlaw.com> |
| **Sent:** | Thursday, February 8, 2024 12:53 PM |
| **To:** | caplitigationsupport@copyright.gov |
| **Cc:** | Hultgren, Tracy L. |
| **Subject:** | Litigation Statement - Form LS; Material Deposited in Connection with Copyright Registration |
| **Attachments:** | Copyright Office Form LS - Litigation Statement Deposited Material Request - Taft Law 2-8-2024.pdf |

Attached please find our Form LS. Our request is in connection with Copyright Reg. PA 2-255-761 and litigation instituted in the U.S. District Court for the Northern District of Illinois Eastern Division (docket number: 1:23-cv-01823).

My firm represents the defendant, City of Chicago, in the proceeding. We request a certified digital copy of the material (video file) the plaintiff submitted with their copyright application. To date, the plaintiff has failed to honor our production request to provide us with a copy.

If you have any questions, you can reach me at the phone number or email address listed on the attached Form LS.

Thank you for your assistance with this matter.

Best regards,

*Joe Schmidt*

**Joseph F. Schmidt**
**Taft Stettinius & Hollister LLP**
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601
Direct: (312) 836-4178
Main: (312) 527-4000
Fax: (312) 966-8538
E-Mail: jschmidt@taftlaw.com
Web: www.taftlaw.com



**Mr. Tracy L. Hultgren**
Legal Assistant
thultgren@taftlaw.com
**Dir:** 312.836.4053
**Tel:** 312.527.4000   |   **Fax:** 312.966.8521
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601-4208

**taftlaw.com**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.



# Litigation Statement · Form LS

United States Copyright Office, Certifications and Documents Section

Request for Reproduction of Copies, Phonorecords, or Identifying Material Deposited in Connection with Copyright Registration

## BASIC INSTRUCTIONS

This form *must* be used to request copies of copyright deposits pursuant to 37 CFR §201.2(d)(2)(ii). This form *must* contain a signature and *all* information requested in order for the Office to process the request. A separate Form LS must be used for each work requested. The person who picks up copies must present photo identification.

**WARNING:** Material requested *must only* be used for specific litigation noted.

### 1A
Pursuant to 17 USC §706(b) and 37 CFR §201.2(d)(2)(ii), please make a copy of the deposit described below.

Registration number ▼: PA 2-255-761

Effective date of registration ▼: 07/28/2020

Title and description of this work: Chicago Police Attack At Grant Park Columbus Statue, 07-17-2020

### 1B
The copy of this material should be:
- ☐ Uncertified
- ☒ Certified (additional fee applies)
- ☐ Expedited (additional fee applies)

### 2A
The copy of this material is to be used for the following actual or prospective litigation:

Name of client: City of Chicago
Address: 121 N. LaSalle Street
City: Chicago    State: IL    Zip: 60602
Phone: (312) 744-5000    Fax: ( )    Email: Christina.Chung@cityofchicago.org

### 2B
Client is (or may become): ▼
- ☐ Plaintiff
- ☒ Defendant

Name(s) of other party/parties: ▼ Dominic Gwinn

### 2C
Nature of the controversy: ▼ claim of copyright infringement

Name of court if proceedings have been instituted: ▼ U.S. District Court for the Northern District of Illinois Eastern Div

Docket number: 1:23-cv-01823

Caption: Dominic Gwinn vs. City of Chicago

### 2D
If litigation is prospective, please give a full statement of the facts surrounding the controversy (attach additional sheets if necessary). Attach any letter or other document that supports your claim that litigation may be instituted.

MORE ON BACK
- Complete all applicable spaces (number 3) on the reverse side of this page.
- Read all information and sign number 4.

DO NOT WRITE HERE
Page 1 of _____ pages

| | |
|---|---|
| REQUESTED MATERIAL WAS PICKED UP BY | **FORM LS** |
| PHOTO ID CHECKED BY | FOR COPYRIGHT OFFICE |
| OR MAILED TO | USE ONLY |
| DATE | |

DO NOT WRITE ABOVE THIS LINE

## 3

Printed name of requesting attorney or pro se litigant: Joseph F. Schmidt, Esq.

Name of firm: Taft Stettinius & Hollister LLP

Address (*no P.O. boxes*): 111 E. Wacker Drive, Suite 2600

City: Chicago     State: IL     Zip: 60601

Phone: (312) 852-1246     Fax: ( )     Email: jschmidt@taftlaw.com

The requested material ☐ should be mailed to the address above

☐ will be picked up by: _____
Individual's name or name of messenger service

☒ use requesting patrons FedEx account: 0606-2697-9
Account number

## 4

Any false statement of a material fact made on this form may be a criminal offense. See 18 U.S.C. §1001(a), reprinted below. The Copyright Office may report misrepresentations or misconduct to Federal enforcement agencies or the appropriate bar association(s).

I hereby declare to the Copyright Office, under penalty of perjury, that a controversy exists and that the requested copy will be used only in connection with the specified actual or prospective litigation. I also acknowledge that any other use of this copy would be in violation of the Regulations of the Copyright Office 37 CFR §201.2(d)(2).

*/s/ Joe Schmitt*     2-8-2024

Signature of ☒ Attorney: Bar number 12956     State of practice Illinois     Date

☐ Pro se litigant (*individual serving as his or her own attorney*)

Return this form by mail to: Records Research and Certification Section, U.S. Copyright Office, P.O. Box 70400, Washington, DC 20024
or by email to: coplitigationsupport@copyright.gov

---

37 CFR §201.2(d)(2)(ii)

(2) Requests for certified or uncertified reproductions of the copies, phonorecords, or identifying material deposited in connection with a copyright registration of published or unpublished works in the custody of the Copyright Office will be granted only when one of the following three conditions has been met:

\* \* \*

(ii) The Copyright Office receives a written request from an attorney on behalf of either the plaintiff or defendant in connection with litigation, actual or prospective, involving a copyrighted work. The following information must be included in such a request: (A) The names of all the parties involved and the nature of the controversy; (B) The name of the court in which the actual case is pending or, in the case of a prospective proceeding, a full statement of the facts of the controversy in which the copyrighted work is involved; and (C) Satisfactory assurance that the requested reproduction will be used only in connection with the specified litigation.

18 U.S.C. §1001. Statements or entries generally.

(a) Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully—
  (1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact;
  (2) makes any materially false, fictitious, or fraudulent statement or representation; or
  (3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry;
shall be fined under this title or imprisoned not more than 5 years, or both.