# **EXHIBIT D**

*Response Received from U.S. Copyright Office on July 29, 2024*



FedEx Priority Overnight
MON - 29 JUL AA
TRK# 7776 0732 8002
XS CHIA
60601 IL-US ORD

SHIP DATE: 25JUL24
ACTWGT: 1.00 LB
CAD: 106213164/INET4535

ORIGIN ID:CHIA (312) 527-4000
JOSEPH F. SCHMIDT
TAFT STETTINIUS & HOLLISTER, LLP
111 EAST WACKER DRIVE
SUITE 2800
CHICAGO, IL 60601
UNITED STATES US

TO: JOSEPH F. SCHMIDT
TAFT STETTINIUS & HOLLISTER LLP
111 EAST WACKER DRIVE
SUITE 2600
CHICAGO IL 60601
(312) 527-4000

REF: F31165-00016





**LIBRARY OF CONGRESS**
**Copyright Office of the United States**
**WASHINGTON, D.C.**

**THIS IS TO CERTIFY** that the attached flash drive is a true copy of the work entitled **CHICAGO POLICE ATTACK AT GRANT PARK COLUMBUS STATUE, 07-17-2020** deposited in the Copyright Office with claim of copyright registered under number **PA 2-255-761.**

**THIS IS TO CERTIFY FURTHER,** that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on July 12, 2024.

Shira Perlmutter
United States Register of Copyrights and Director

By: *[signature]*
Angela Hightower
Supervisory Copyright Specialist
Records Research and Certification Division
Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.



# COPY OF DEPOSIT

# PA 2-255-761
(SR 1-9067033179)

**NOTE:** Deposits submitted electronically bear no identifying marks.

**NOTE ALSO:** Due to the nature of the work deposited, the attached color photocopies are the best possible electrostatic positive prints available.



UNITED STATES COPYRIGHT OFFICE

# Receipt of Payment

RECORDS RESEARCH & CERTIFICATION

| | |
|---|---|
| Name: | JOSEPH F. SCHMIDT, ESQ. |
| Address: | TAFT STETTINUIUS & HOLLISTER, LLP |
| | 111 E. WACKER DRIVE, SUITE 2500 |
| | CHICAGO, IL  60601 |
| Phone: | 312-527-4000 |

| | |
|---|---|
| Completed Date: | July 25, 2024 |
| Service Request No.: | 1-13906223041  (DESC) |
| Registration No.: | PA 2-255-761 |
| Title: | Chicago police attack |
| Other: | |

| Service | Unit Price | Quantity | Fee | Amount Paid |
|---|---|---|---|---|
| **Estimate** | | | | |
| Estimate for retrieval *(to be credited toward request)* | $200.00 | | $ 0.00 | |
| **Retrieval Services** | | | | |
| Physical deposit | $200.00 per hour *(1 hour min.)* or per 6 | | $ 0.00 | |
| Electronic deposit | $200.00 per hour *(half hour min.)* | 1 | $ 100.00 | $ 100.00 |
| Each additional 15 minutes | $50.00 | 1 | $ 50.00 | $ 50.00 |
| Electronic application | $200.00 per hour *(half hour min.)* | | $ 0.00 | |
| Each additional 15 minutes | $50.00 | | $ 0.00 | |
| Physical correspondence | $200.00 per 6 | | $ 0.00 | |
| Electronic correspondence | $200.00 per hour *(half hour min.)* | | $ 0.00 | |
| Each additional 15 minutes | $50.00 | | $ 0.00 | |
| Retrieval for inspection of correspondence (physical) | $200.00 | | $ 0.00 | |
| Retrieval for inspection of correspondence (e-file) | $200.00 per hour *(half hour min.)* | | $ 0.00 | |
| Retrieval for inspection of deposit (physical) | $200.00 | | $ 0.00 | |
| Retrieval for inspection of deposit (e-file) | $200.00 per hour *(half hour min.)* | | $ 0.00 | |
| **Copy Services** | | | | |
| Additional certificate | $55.00 | | $ 0.00 | |
| Copy of Registration | $12.00 | | $ 0.00 | |
| Copy of Recordation | $12.00 | | $ 0.00 | |
| Copy of Application | $12.00 | | $ 0.00 | |
| Copy of Correspondence | $12.00 | | $ 0.00 | |
| Copy of Deposit- Black and White or Color | $12.00 | 2 | $ 24.00 | $ 24.00 |
| Copy of Deposit- CD/DVD, Audio Cassette, Flash Drive, VHS | $12.00 | | $ 0.00 | |
| **Additional Services** | | | | |
| Litigation statement | $100.00 per statement | 1 | $ 100.00 | $ 100.00 |
| Certification | $200.00 | 1 | $ 200.00 | $ 200.00 |
| Double certified certificates | $255.00 | | $ 0.00 | |
| Expedited service | $500.00 per hour | 1 | $ 500.00 | $ 500.00 |
| Overnight shipping (FedEx) | $45.00 | | $ 0.00 | |
| Fax | up to 7 pages *($7 min.)* | | $ 0.00 | |
| Each additional page | $1.00 per page | | $ 0.00 | |
| Public photocopying | $0.25 per page | | $ 0.00 | |
| Outside Service (DUPL/MBRS) | $ | | $ 0.00 | $ 0.00 |
| **Search Services** | | | | |
| Search estimate | $200.00 | | $ 0.00 | |
| Litigation search | $200.00 per hour | | $ 0.00 | |
| Inspection search | $200.00 per hour | | $ 0.00 | |
| Search report | $400.00 first 2 hours *(2 hour min.)* | | $ 0.00 | |
| Each additional hour | $200.00 | | $ 0.00 | |
| **Other Services** | | | | |
| | $ | | $ 0.00 | |
| | | **Total Fee** | $ 974.00 | |
| | | **Total Amount Paid** | | $ 974.00 |
| | | **Refund** | | $ 0.00 |

U.S. Copyright Office  ·  Library of Congress  ·  101 Independence Avenue SE  ·  Washington, DC 20559  ·  www.copyright.gov
REVISED: 07/2021