# **EXHIBIT E**

*Screenshots of the Work as received from
the U.S. Copyright Office on July 29, 2024*





