**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: GWINN v. CITY OF CHICAGO, et al.

Case Number: 1:23-cv-01823-JD

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff DOMINIC GWINN

Attorney name (type or print): Anthony J. Underwood

Firm: SRIPLAW, P.A.

Street address: 3355 Lenox Rd NE, Suite 750

City/State/Zip: Atlanta, GA 30326

Bar ID Number: 041350 (TN) 1056640 (FL)
(See item 3 in instructions)

Telephone Number: 470.200.0155

Email Address: anthony.underwood@sriplaw.com

Are you acting as lead counsel in this case?  ☐ Yes  ☑ No

Are you a member of the court's general bar?  ☑ Yes  ☐ No

Are you a member of the court's trial bar?  ☐ Yes  ☑ No

Are you appearing *pro hac vice*?  ☐ Yes  ☑ No

If this case reaches trial, will you act as the trial attorney?  ☐ Yes  ☑ No

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  08/13/2025

Attorney signature:  S/ Anthony J. Underwood
(Use electronic signature if the appearance form is filed electronically.)

Revised  07/19/2023