# **EXHIBIT A**



CITY000065

Case: 1:23-cv-01823 Document #: 77-1 Filed: 08/18/25 Page 3 of 6 PageID #:1186

2/5/24, 9:17 AM        Dominic Gwinn on X: "Photos of Trump supporters in front of Trump National Doral in Doral, Florida, Monday, June 12, 2023. https:/...





2/5/24, 9:17 AM  Dominic Gwinn on X: "1/2 Anti-Trans activists boycott a Target in Midtown Miami, Friday, June 1, 2023. 3/4 - Midtown Miami Target …



2/5/24, 9:18 AM  Dominic Gwinn on X: "Photo's that didn't make the wire: Political and religious activists boycott a Midtown Miami Target over the sto…



https://twitter.com/DominicGwinn/status/1664695467131785232  1/1

CITY000069