**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| DOMINIC GWINN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cv-1823 |
| | ) | |
| v. | ) | Hon. Jeremy C. Daniel |
| | ) | |
| CITY OF CHICAGO, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**EXHIBIT A TO FINAL PRETRIAL ORDER:**
**STIPULATED LIST OF TRIAL EXHIBITS**

The parties hereby submit their list of stipulated trial exhibits in connection with the trial of this matter:

| STIPULATED EXHIBIT NO. | DESCRIPTION | BATES / DKT. No. |
|---|---|---|
| 1 | Certificate of Registration number PA 2-255-761 | Dkt. 1-1 |
| 2 | Screenshot of Twitter messages between Fox 32 News and Gwinn | GWINN 0004 |
| 3 | Screenshot of Twitter messages between Marco Stendardo of NBC Chicago and Gwinn | GWINN 0005 |
| 4 | Screenshot of Twitter messages between Janhvi Bhojwani of NBC News New York and Gwinn | GWINN 0006-07 |
| 5 | Screenshot of Twitter messages between Marie Sakellariou of Ruptly (Berlin) and Gwinn | GWINN 0008 |
| 6 | Screenshot of Twitter messages between Sam Unger of WGN-TV and Gwinn | GWINN 0009 |

| 7 | Screenshot of Twitter messages between AJPlus producer and Gwinn | GWINN 0010 |
|---|---|---|
| 8 | Screenshot of Twitter messages between Kayman Whaley of CBS News and Gwinn | GWINN 0011 |
| 9 | Screenshot of Twitter messages between CNN and Gwinn | GWINN 0012 |
| 10 | Screenshot of Twitter messages between Esther Faciane of the Daily Mail and Gwinn | GWINN 0013 |
| 11 | Screenshot of Twitter messages between Ryan Saavedra of the Daily Wire and Gwinn | GWINN 0014 |
| 12 | Emails regarding video compilation and remarks for July 20, 2020 press conference | CITY 0001-07 |
| 13 | **Video File:** Grant Parkv2 1 (the "Compilation" | CITY 0008 |
| 14 | Screenshot of Gwinn's tweet including the video footage | CITY 0070 |
| 15 | Plaintiff's Responses and Objections to Defendants' First Set of Requests for Production | Dkt. 63-1 |
| 16 | Plaintiff's Responses and Objections to Defendants' First Set of Requests for Admissions | |
| 17 | Plaintiff's Verified Answers and Objections to Defendants' First Set of Interrogatories | |
| 18 | Plaintiff's Responses and Objections to Defendants' Second Set of Requests for Admissions | |
| 19 | Plaintiff's Verified Answers and Objections to Defendants' Second Set of Interrogatories | |
| 20 | Plaintiff's Rule 26(a) initial disclosures | |
| 21 | The City's Responses to Plaintiff's First Interrogatories | |

| | | |
|---|---|---|
| 22 | The City's Responses to Plaintiff's Second Interrogatories | |
| 23 | The City's Responses to Plaintiff's First Requests for Admission | |
| 24 | Brown's Responses to Plaintiff's First Interrogatories | |
| 25 | Brown's Responses to Plaintiff's Second Interrogatories | |
| 26 | Brown's Responses to Plaintiff's First Requests for Admission | |
| 27 | Defendants' Supplemental Rule 26(a) initial disclosures | |