# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# CHICAGO DIVISION

| | | |
|---|---|---|
| DOMINIC GWINN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cv-1823 |
| | ) | |
| v. | ) | Hon. Jeremy C. Daniel |
| | ) | |
| CITY OF CHICAGO, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## EXHIBIT D TO FINAL PRETRIAL ORDER: PLAINTIFF'S LIST OF TRIAL WITNESSES

Plaintiff, Dominic Gwinn, by its undersigned counsel of record, hereby submits its list of trial witnesses in connection with the trial of this matter, scheduled to commence on September 15, 2025. Plaintiff reserves the right to augment this list based on any inadvertent omission, trial materials disclosed by Defendants, testimony of any witness at trial, or good faith need.

| Witness | Address |
|---|---|
| Dominic Gwinn | W. Melrose Street, Suite 2N, Chicago, IL 60641 |

This 18th day of August, 2025.    */s/ Evan A. Andersen*

EVAN A. ANDERSEN
Bar Number: GA 377422
evan.andersen@sriplaw.com
ANTHONY J. UNDERWOOD
Bar Number: FL 1056640
aj.underwood@sriplaw.com

**SRIPLAW, P. A.**

3355 Lenox Road NE
Suite 750
Atlanta, GA 30326
470.598.0800 – Telephone
561.404.4353 – Facsimile

and

JOEL B. ROTHMAN
Bar Number: FL 98220
Joel.rothman@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Dominic Gwinn*