**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| DOMINIC GWINN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cv-1823 |
| | ) | |
| v. | ) | Hon. Jeremy C. Daniel |
| | ) | |
| CITY OF CHICAGO, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**EXHIBIT E TO FINAL PRETRIAL ORDER:**
**DEFENDANTS' LIST OF TRIAL WITNESSES**

Defendants, the City of Chicago and David O'Neal Brown, by and through their undersigned counsel, hereby submit the following list of witnesses:

1. The witnesses Defendants will call at trial are as follows:

   None.

2. Defendants' witnesses which may be called as a possibility only are:

   Plaintiff Dominic Gwinn; Detective Kevin Bruno; and former CPD employee Mike Chiocca.

DATED: August 18, 2025

Respectfully submitted,

**CITY OF CHICAGO and DAVID O'NEAL BROWN**

By: */s/ Joseph F. Schmidt*
One of Their Attorneys

Joseph F. Schmidt (ARDC # 2492180)
Sophie E. Honeyman (ARDC # 6343417)
**TAFT STETTINIUS & HOLLISTER LLP**

1

111 E. Wacker Dr., Ste. 2600
Chicago, Illinois 606061
(312) 527-4000
jschmidt@taftlaw.com
shoneyman@taftlaw.com

*Counsel for Defendants City of Chicago and David O'Neal Brown*