UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NO.: 1:23-CV-01823-JD

DOMINIC GWINN,

        Plaintiff,

v.

CITY OF CHICAGO *et al.*,

        Defendants.

## PLAINTIFF'S CONSENT MOTION FOR A MEMBER OF COUNSEL TO BE EXCUSED FROM FINAL PRETRIAL CONFERENCE

Plaintiff DOMINIC GWINN by and through his undersigned counsel, hereby moves this Honorable Court for a member of Plaintiff's counsel, Anthony J. Underwood, to excused from attending the Final Pretrial Conference, and as grounds therefore states as follows:

1. On July 17, 2025, the Court set the Final Pretrial Conference in this matter for August 27, 2025 (ECF 66).

2. The Local Rules state that the attorneys who will try the case for each party shall be present at the Final Pretrial Conference. (LR 16.7)

3. While attorney Anthony J. Underwood will be representing the Plaintiff at trial, it will be in a junior role. Trial counsel Joel Rothman and Evan Andersen will attend the Final Pretrial Conference.

4. As such, the Plaintiff requests that Mr. Underwood be excused from attending the Final Pretrial Conference.

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS

5. Counsel for the Plaintiff conferred with counsel for the Defendants on August 25, 2025, and all parties are in agreement with and consent to this request for Mr. Underwood to be excused.

WHEREFORE, Plaintiff DOMINIC GWINN prays this Honorable Court for a member of Plaintiff's counsel, Anthony J. Underwood, to be excused from attending the Final Pretrial Conference.

| | |
|---|---|
| Dated: August 25, 2025 | Respectfully submitted, |
| | DOMINIC GWINN |
| | */s/ Evan A. Andersen* <br> One of Plaintiff's Attorneys |

EVAN A. ANDERSEN
ANTHONY J. UNDERWOOD
**SRIPLAW, P. A.**
3355 Lenox Road NE
Suite 750
Atlanta, GA 30326
470.598.0800 – Telephone
561.404.4353 – Facsimile
evan.andersen@sriplaw.com
anthony.underwood@siplaw.com

JOEL B. ROTHMAN
**SRIPLAW, P. A.**
21301 Powerline Road
Suite 100
Boca Raton, GA 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile
joel.rothman@sriplaw.com

*Counsel for Plaintiff Dominic Gwinn*