UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DOMINIC GWINN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cv-1823 |
| | ) | |
| v. | ) | Hon. Jeremy C. Daniel |
| | ) | |
| CITY OF CHICAGO, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**AMENDED EXHIBIT B TO FINAL PRETRIAL ORDER:
<u>PLAINTIFF'S LIST OF TRIAL EXHIBITS</u>**

  Plaintiff, Dominic Gwinn, by its undersigned counsel of record, hereby submits its attached list of trial exhibits in connection with the trial of this matter, scheduled to commence on September 15, 2025. Plaintiff reserves the right to augment this list based on any inadvertent omission, trial materials disclosed by Defendants, testimony of any witness at trial, or any good faith need. Plaintiff reserves the right to use any materials, whether or not disclosed herein, for the purpose of impeachment or rebuttal, including, but not limited to, prior witness testimony (written or oral). Plaintiff reserves the right not to introduce or seek admission into evidence of any materials on this list.

This 5th day of September, 2025.  <u>/s/ Evan A. Andersen</u>

                EVAN A. ANDERSEN
                Bar Number: GA 377422
                evan.andersen@sriplaw.com
                ANTHONY J. UNDERWOOD
                Bar Number: FL 1056640
                aj.underwood@sriplaw.com

                **SRIPLAW, P. A.**
                3355 Lenox Road NE
                Suite 750
                Atlanta, GA 30326

470.598.0800 – Telephone
561.404.4353 – Facsimile

and

JOEL B. ROTHMAN
Bar Number: FL 98220
Joel.rothman@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Dominic Gwinn*

| TRIAL EX. NO. | DESCRIPTION | BATES/DKT. NOS. | DEFENDANTS' OBJECTION(S) |
|---|---|---|---|
| P1 | **Video file**: VID_20200717_192612, created on July 17, 2020 (the "Work") | GWINN 0001 | Defendants object to GWINN 0001 because it is not the best evidence of the "Work" at issue. Fed R. Evid. 1004. The "Work" is what was deposited with the U.S. Copyright Office, which is available and has been disclosed. |
| P2 | Screenshot of House Judiciary Committee GOP display of Work | GWINN 0015-17 | Defendants object to GWINN 0015-17 as lacking foundation, *see* Fed. R. Evid. 901, and lacking relevance, *see* Fed. R. Evid. 401. |
| P3 | Screenshot of Video Leak Police YouTube display of Work | GWINN 0018 | Defendants object to GWINN 0018 as lacking foundation, *see* Fed. R. Evid. 901, and lacking relevance, *see* Fed. R. Evid. 401. |
| P4 | Screenshot of Breitbart YouTube display of Work | GWINN 0019 | Defendants object to GWINN 0019 as lacking foundation, *see* Fed. R. Evid. 901, and lacking relevance, *see* Fed. R. Evid. 401. |

| P5 | Screenshot of CPD YouTube display of Work | GWINN 0020 | Defendants object to GWINN 0020 as lacking foundation, *see* Fed. R. Evid. 901, and lacking relevance, *see* Fed. R. Evid. 401. |
|---|---|---|---|
| P6 | Screenshot of Fox32 display of Work | GWINN 0021-27 | Defendants object to GWINN 0021-27 as lacking foundation, *see* Fed. R. Evid. 901, and lacking relevance, *see* Fed. R. Evid. 401. |
| P7 | Screenshot of Commissioner David Brown Twitter display of Work | GWINN 0028 | Defendants object to GWINN 0028 as lacking foundation, *see* Fed. R. Evid. 901, and lacking relevance, *see* Fed. R. Evid. 401. |
| P8 | Screenshot of House Judiciary Committee / C-SPAN display of Work | GWINN 0029 | Defendants object to GWINN 0029 as lacking foundation, *see* Fed. R. Evid. 901, and lacking relevance, *see* Fed. R. Evid. 401. |
| P9 | Screenshot of Fox News display of Work | GWINN 0030-31 | Defendants object to GWINN 0030-31 as lacking foundation, *see* Fed. R. Evid. 901, and lacking relevance, *see* Fed. R. Evid. 401. |
| P10 | Screenshot of Daily Wire display of Work | GWINN 0032-33 | Defendants object to GWINN 0032-33 as lacking foundation, *see* |

| | | | |
|---|---|---|---|
| | | | Fed. R. Evid. 901, and lacking relevance, see Fed. R. Evid. 401. |
| P11 | Twitter Terms of Service, active in July 2020 | GWINN 0034-45 | Defendants object to GWINN 0034-45 as lacking foundation, see Fed. R. Evid. 901, and lacking relevance, see Fed. R. Evid. 401. |
| P12 | City Emails re: video compilation video, dated 7.19.2020 – 7.20.2020 | CITY 0001-03 | Defendants object that CITY 0001-3 is not a complete copy of the email thread. Defendants would not object to CITY 0001-7, which is a complete copy. |
| P13 | General Order -- Use of the Internet | CITY 0055-57 | Defendants stipulate to authenticity of CITY 0055-57, however they object to Plaintiff's use as lacking relevance, see Fed. R. Evid. 401. |
| P14 | General Order – Access to Computerized Data, Dissemination and Retention of Computer Data | CITY 0048-54 | Defendants stipulate to the authenticity of CITY 0048-54, however they object to Plaintiff's use as lacking relevance, see Fed. R. Evid. 401. |
| P15 | General Order -- Use of Social Media Outlets | CITY 0058-61 | Defendants stipulate to the authenticity of |

| | | | |
|---|---|---|---|
| | | | CITY 0058-61, however they object to Plaintiff's use as lacking relevance, *see* Fed. R. Evid. 401. |
| P16 | Special Order – Social Media Outlet: Twitter | CITY 0071-74 | Defendants stipulate to the authenticity of CITY 0071-74, however they object to Plaintiff's use as lacking relevance, *see* Fed. R. Evid. 401. |
| P17 | **Video file** -- CPD Skycam footage of protests | CITY 0095 | Defendants stipulate to the authenticity of CITY 0095, however they object to Plaintiff's use as lacking relevance, *see* Fed. R. Evid. 401. |
| P18 | **Video file** -- CPD Skycam footage of protests | CITY 0096 | Defendants stipulate to the authenticity of CITY 0096, however they object Plaintiff's use as lacking relevance, *see* Fed. R. Evid. 401. |
| P19 | **Video file** -- CPD Skycam footage of protests | CITY 0097 | Defendants stipulate to the authenticity of CITY 0097, however they object to Plaintiff's use as lacking relevance, *see* Fed. R. Evid. 401. |

| P20 | **Video file** -- CPD Skycam footage of protests | CITY 0098 | Defendants stipulate to the authenticity of CITY 0098, however they object to Plaintiff's use as lacking relevance, *see* Fed. R. Evid. 401. |
|---|---|---|---|
| P21 | **Video file** -- CPD Skycam footage of protests | CITY 0099 | Defendants stipulate to the authenticity of CITY 0099, however they object to Plaintiff's use as lacking relevance, *see* Fed. R. Evid. 401. |
| P22 | **Video file** -- CPD Skycam footage of protests | CITY 0100 | Defendants stipulate to the authenticity of CITY 0100, however they object to Plaintiff's use as lacking relevance, *see* Fed. R. Evid. 401. |
| P23 | **Video file** -- CPD Skycam footage of protests | CITY 0101 | Defendants stipulate to the authenticity of CITY 0101, however they object to Plaintiff's use as lacking relevance, *see* Fed. R. Evid. 401. |
| P24 | **Video file** -- CPD Skycam footage of protests | CITY 0102 | Defendants stipulate to the authenticity of CITY 0102, however they object to Plaintiff's |

| | | | |
|---|---|---|---|
| | | | use as lacking relevance, *see* Fed. R. Evid. 401. |
| P25 | List of email recipients in Distribution List | CITY 0103 | Defendants stipulate to the authenticity of CITY 0103, however they object to Plaintiff's use as lacking relevance, *see* Fed. R. Evid. 401. |
| P26 | List of email recipients in Distribution List | CITY 0104 | Defendants stipulate to the authenticity of CITY 0104, however they object to Plaintiff's use as lacking relevance, *see* Fed. R. Evid. 401. |
| P27 | List of email recipients in Distribution List | CITY 0105 | Defendants stipulate to the authenticity of CITY 0105, however they object to Plaintiff's use as lacking relevance, *see* Fed. R. Evid. 401. |
| P28 | List of email recipients in Distribution List | CITY 0106 | Defendants stipulate to the authenticity of CITY 0106, however they object to Plaintiff's use as lacking relevance, *see* Fed. R. Evid. 401. |
| P29 | 7.20.2020 Email Distribution of Work from City to Distribution Lists MajorMedia1, MajorMedia2, MajorMedia3, MajorMedia4, | CITY 0107 | Defendants stipulate to the authenticity of |

| | | | |
|---|---|---|---|
| | ChicagoAldermanicWards, IllinoisStateReps, and IllinoisStateSenators | | CITY 0107, however they object to Plaintiff's use as lacking relevance, *see* Fed. R. Evid. 401. |
| P30 | 2020 City of Chicago Budget Overview, pages 1, 36, 115-116, 168 – Obtained from the City's website | | Defendants object on numerous grounds. This information was never disclosed nor produced by Gwinn in discovery. Defendants are unaware of what this exhibit is. This exhibit has not been authenticated, lacks foundation, and is irrelevant. *See* Fed. R. Evid. 401, 901. |
| P31 | 2025 City of Chicago Budget Overview, pages 1, 29, 112-13, 175 – Obtained from the City's website | | Defendants object on numerous grounds. This information was never disclosed or produced by Gwinn in discovery. Defendants are unaware of what this exhibit is. This exhibit has not been authenticated, lacks foundation, and is irrelevant. *See* Fed. R. Evid. 401, 901. |
| P32 | Deposition Transcript of David O'Neal Brown, dated February 26, 2024 | | Defendants object to Plaintiff's use of deposition transcripts at trial for available witnesses. *See* Fed. R. Civ. P. 32. |

| P33 | Deposition Transcript of Kevin Bruno, dated February 5, 2024 | | Defendants object to Plaintiff's use of deposition transcripts at trial for available witnesses. *See* Fed. R. Civ. P. 32. |
|---|---|---|---|
| P34 | Deposition Transcript of Don Terry, dated February 7, 2024 | | Defendants object to Plaintiff's use of deposition transcripts at trial for available witnesses. *See* Fed. R. Civ. P. 32. |