# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Dominic Gwinn

                Plaintiff,

v.                                    Case No.: 1:23−cv−01823
                                                  Honorable Jeremy C. Daniel

City of Chicago, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 17, 2025:

      MINUTE entry before the Honorable Jeremy C. Daniel: Jury trial held and completed on 9/17/2025. Jury verdict entered in favor of Plaintiff Domonic Gwinn. Enter Jury Verdict. Post trial motions are due on 10/8/2025; response is due by 10/22/2025. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.