✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Northern District  DISTRICT OF  Illinois

Dominic Gwinn

V.

City of Chicago, et. al.

**EXHIBIT AND WITNESS LIST**

Case Number: 1:23-cv-1823

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Jeremy Daniel | Evan A. Andersen | Joe Schmidt |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/16/2025 - 9/17/2025 | Krista Burgeson | Elina Franklin |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/16/2025 | Yes | Yes | The Work (Video File) |
| | | 9/16/2025 | No | Yes | Demonstrative Map of Grant Park 8/9/20 |
| 14 | 14 | 9/16/2025 | Yes | Yes | Screenshot of Gwinn's tweet including the video footage (Stipulated) |
| 4 | 4 | 9/16/2025 | Yes | Yes | Screenshot of Twitter messages between Janhvi Bhojwani of NBC News New York and Gwinn (Sti |
| 11 | 11 | 9/16/2025 | Yes | Yes | Screenshot of Twitter messages between Ryan Saavedra of the Daily Wire and Gwinn (Stipulated) |
| 3 | 3 | 9/16/2025 | Yes | Yes | Screenshot of Twitter messages between Marco Stendardo of NBC Chicago and Gwinn (Stipulated |
| 5 | 5 | 9/16/2025 | Yes | Yes | Screenshot of Twitter messages between Marie Sakellariou of Ruptly (Berlin) and Gwinn (Stipulate |
| 6 | 6 | 9/16/2025 | Yes | Yes | Screenshot of Twitter messages between Sam Unger of WGN-TV and Gwinn (Stipulated) |
| 7 | 7 | 9/16/2025 | Yes | Yes | Screenshot of Twitter messages between AJPlus producer and Gwinn (Stipulated) |
| 8 | 8 | 9/16/2025 | Yes | Yes | Screenshot of Twitter messages between Kayman Whaley of CBS News and Gwinn (Stipulated) |
| 9 | 9 | 9/16/2025 | Yes | Yes | Screenshot of Twitter messages between CNN and Gwinn (Stipulated) |
| 10 | 10 | 9/16/2025 | Yes | Yes | Screenshot of Twitter messages between Esther Faciane of the Daily Mail and Gwinn (Stipulated) |
| 13 | 13 | 9/16/2025 | Yes | Yes | Video File: Grant Parkv2 1 (the "Compilation") (Stipulated) |
| 4 | | 9/16/2025 | Yes | Yes | Screenshot of Breitbart YouTube display of Work |
| 5 | | 9/16/2025 | Yes | Yes | Screenshot of CPD YouTube display of Work |
| 6 | | 9/16/2025 | Yes | Yes | Screenshot of Fox32 display of Work |
| 7 | | 9/16/2025 | Yes | Yes | Screenshot of Commissioner David Brown Twitter display of Work |
| 9 | | 9/16/2025 | Yes | Yes | Screenshot of Fox News display of Work |
| 10 | | 9/16/2025 | Yes | Yes | Screenshot of Daily Wire display of Work |
| 29 | | 9/16/2025 | Yes | Yes | 7.20.2020 Email Distribution of Work from City to Distribution Lists MajorMedia1, MajorMedia2, Ma |
| 25 | | 9/17/2025 | Yes | Yes | List of email recipients in Distribution List |
| 26 | | 9/17/2025 | Yes | Yes | List of email recipients in Distribution List |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | Dominic Gwinn | vs. | City of Chicago, et. al. | CASE NO. 1:23-cv-1823 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 27 | | 9/17/2025 | Yes | Yes | List of email recipients in Distribution List |
| 28 | | 9/17/2025 | Yes | Yes | List of email recipients in Distribution List |
| 13 | | 9/16/2025 | Yes | Yes | General Order -- Use of the Internet |
| 15 | | 9/16/2025 | Yes | Yes | General Order -- Use of Social Media Outlets |
| 11 | | 9/16/2025 | Yes | Yes | X (Twitter) Terms of Service |
| | | 9/16/2025 | | | Witness Dominic Gwinn |
| | | 9/16/2025 | | | Witness Kevin Bruno |
| | | 9/17/2025 | | | Witness by Deposition Designation David O'Neal Brown |
| | | 9/17/2025 | | | Witness by Deposition Designation Don Terry |
| 2 | 2 | 9/16/2025 | Yes | Yes | Screenshot of Twitter messages between Fox 32 News and Gwinn (Stipulated) |

Page _____ of _____ Pages