Plaintiff's Exhibit 1

The Work – Digital Exhibit