EXHIBIT
P29

**From:** News Affairs <nwsaffr@chicagopolice.org>
**Sent:** Monday, July 20, 2020 10:09 AM
**To:** MajorMedia1 <MajorMedia1@chicagopolice.org>; MajorMedia2 <MajorMedia2@chicagopolice.org>; MajorMedia3 <MajorMedia3@chicagopolice.org>; MajorMedia4 <MajorMedia4@chicagopolice.org>; ChicagoAldermanicWards <ChicagoAldermanicWards@chicagopolice.org>; IllinoisStateReps <IllinoisStateReps@chicagopolice.org>; IllinoisStateSenators <IllinoisStateSenators@chicagopolice.org>
**Subject:** CPD Press Conference, July 20, 2020 - Grant Park Video

Good morning,

Please click on the link below to access the video of Grant Park which was shown at today's press conference with Superintendent Brown.

— This link will work for anyone.

— Grant Parkv4

Open

Sender will be notified when you open this link for the first time.

Microsoft respects your privacy. To learn more, please read our Privacy Statement.
Microsoft Corporation, One Microsoft Way, Redmond, WA 98052

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof

New Affairs
Office of Communications
Chicago Police Department
312-745-6110

CITY000107