| DisplayName | PrimarySmtpAddress |
|---|---|
| Kane Iii, Robert E. | Robert.KaneIII@chicagopolice.org |
| Kabat, Andrew | Andrew.Kabat@chicagopolice.org |
| Daniel, Heather L. | Heather.Daniel@chicagopolice.org |
| Malinowski, Michael J. | Michael.Malinowski@chicagopolice.org |
| Allen, James | James.Allen@chicagopolice.org |
| webcrew | |
| chintabernie@aol.com | chintabernie@aol.com |
| coachmayden@aol.com | coachmayden@aol.com |
| cyryl.jakubowski@gmail.com | cyryl.jakubowski@gmail.com |
| assignmentdesk@nbcuni.com | assignmentdesk@nbcuni.com |
| ct-photoassign@chicagotribune.com | ct-photoassign@chicagotribune.com |
| duaa.eldeib@propublica.org | duaa.eldeib@propublica.org |
| elizabeth.c.nagy@abc.com | elizabeth.c.nagy@abc.com |
| info@chitownreview.com | info@chitownreview.com |
| BACPPV@cityofchicago.org | BACPPV@cityofchicago.org |
| jim.murphy@foxnews.com | jim.murphy@foxnews.com |
| iloem@bnonews.com | iloem@bnonews.com |
| jcollins@comcastsportsnet.com | jcollins@comcastsportsnet.com |
| goldman.jackie@gmail.com | goldman.jackie@gmail.com |
| markguarino10@gmail.com | markguarino10@gmail.com |
| mihejirika@suntimes.com | mihejirika@suntimes.com |
| mfield@wttw.com | mfield@wttw.com |
| mscott@salemradiochicago.com | mscott@salemradiochicago.com |
| peoplezone76@hotmail.com | peoplezone76@hotmail.com |
| marym@suntimes.com | marym@suntimes.com |
| samira.puskar@nbc.com | samira.puskar@nbc.com |
| media list | stphoto@suntimes.com |
| mark.berman@washpost.com | mark.berman@washpost.com |
| pixintl@yahoo.com | pixintl@yahoo.com |
| peterzomaya@yahoo.com | peterzomaya@yahoo.com |
| melanie.kucera@nbcuni.com | melanie.kucera@nbcuni.com |
| mcrepeau@chicagotribune.com | mcrepeau@chicagotribune.com |
| ruth.ravve@foxnews.com | ruth.ravve@foxnews.com |
| Nissa Rhee | nissarhee@gmail.com |
| ryan@zrimages.com | ryan@zrimages.com |
| noah.isackson@gmail.com | noah.isackson@gmail.com |
| maryann.ahern@nbcuni.com | maryann.ahern@nbcuni.com |
| rstrasser@wgntv.com | rstrasser@wgntv.com |
| pschutz@wttw.com | pschutz@wttw.com |
| news@southtownstar.com | news@southtownstar.com |
| matthedl@gmail.com | matthedl@gmail.com |
| skylinemediainc@gmail.com | skylinemediainc@gmail.com |
| mmartin@archchicago.org | mmartin@archchicago.org |

| DisplayName | PrimarySmtpAddress |
| --- | --- |
| mlarrick007@gmail.com | mlarrick007@gmail.com |
| nadignewspapers@aol.com | nadignewspapers@aol.com |
| rachel.a.katz@abc.com | rachel.a.katz@abc.com |
| paul.abowd@gmail.com | paul.abowd@gmail.com |
| metro@suntimes.com | metro@suntimes.com |
| ssmiller@wbbm-am.com | ssmiller@wbbm-am.com |
| media list2 | fmain@suntimes.com |
| Stingwire | wire@suntimes.com |
| tanveer.i.ali@gmail.com | tanveer.i.ali@gmail.com |
| wbbmsb@aol.com | wbbmsb@aol.com |
| tkeshner@hotmail.com | tkeshner@hotmail.com |
| wgntvdesk@gmail.com | wgntvdesk@gmail.com |
| Steven Mills | STEVEN.MILLS@TURNER.COM |
| TAFChitown@aol.com | TAFChitown@aol.com |
| wbbmtvdesk@cbs.com | wbbmtvdesk@cbs.com |
| vaperez@univision.net | vaperez@univision.net |
| wls.desk@abc.com | wls.desk@abc.com |
| tfolke@comcastsportsnet.com | tfolke@comcastsportsnet.com |
| vonpub@aol.com | vonpub@aol.com |
| wjpkelly@aol.com | wjpkelly@aol.com |
| jsheridan@chicagotribune.com | jsheridan@chicagotribune.com |
| eslife@chicagotribune.com | eslife@chicagotribune.com |