| DisplayName | PrimarySmtpAddress |
|---|---|
| Haynes, David J. | David.Haynes@chicagopolice.org |
| CRIMEANALYSISUNIT | CRIMEANALYSIS@chicagopolice.org |
| BACPPV@cityofchicago.org | BACPPV@cityofchicago.org |
| mcrepeau@chicagotribune.com | mcrepeau@chicagotribune.com |
| Major Media 27 | ghinz@crain.com |
| Major Media 23 | chifax@ap.org |
| Major Media 2a15 | ngomez@astracanada.com |
| Major Media 2a10 | marian.wang@u.northwestern.edu |
| Major Media 2a11 | news-mp@journal-topics.info |
| Major Media 2a17 | vaztecatv@hotmail.com |
| Major Media 2a3 | blackphotographer@gmail.com |
| Major Media 2a14 | natalie.martinez@nbcuni.com |
| Major Media 2a7 | jrmurray@cityofchicago.org |
| Major Media 25 | csubstance@aol.com |
| Major Media 2a12 | mfbragiel@yahoo.com |
| Barbara.A.Markoff@abc.com | Barbara.A.Markoff@abc.com |
| chicagotelugutimes@gmail.com | chicagotelugutimes@gmail.com |
| brad.parks@turner.com | brad.parks@turner.com |
| colinmcintyre@iheartmedia.com | colinmcintyre@iheartmedia.com |
| cristina.corbin@foxnews.com | cristina.corbin@foxnews.com |
| andrewholmes2930@yahoo.com | andrewholmes2930@yahoo.com |
| craigrenaud501film@gmail.com | craigrenaud501film@gmail.com |
| Dave Beedy | daveb@karlproductions.com |
| chicago@nytimes.com | chicago@nytimes.com |
| mrheb@aol.com | mrheb@aol.com |
| Donofrio, Jessica A | Jessica.A.Donofrio@abc.com |
| alexvhndz@gmail.com | alexvhndz@gmail.com |
| jnfernandez@univision.net | jnfernandez@univision.net |
| csb@cbsnews.com | csb@cbsnews.com |
| novasaforb@gmail.com | novasaforb@gmail.com |
| elasawczuk@hotmail.com | elasawczuk@hotmail.com |
| fmcroberts1@bloomberg.net | fmcroberts1@bloomberg.net |
| newsburrow@gmail.com | newsburrow@gmail.com |
| jacastillo@univision.net | jacastillo@univision.net |
| douglas.whitmire@abc.com | douglas.whitmire@abc.com |
| Angelica Martinez | amartinez@UNIVISION.NET |
| Major Media 2 | btafoya@aol.com |
| rdrew1968@gmail.com | rdrew1968@gmail.com |
| insidepublicationschicago@gmail.com | insidepublicationschicago@gmail.com |
| Sonia Garcia | sogarcia@univision.net |
| Major Media 2a | agenda@laraza.com |
| mick.dumke@gmail.com | mick.dumke@gmail.com |
| meribahknight@gmail.com | meribahknight@gmail.com |

| DisplayName | PrimarySmtpAddress |
| --- | --- |
| ChicagoStJournal@aol.com | ChicagoStJournal@aol.com |
| Ch 7 | eric.h.siegel@abc.com |
| derek@derekhenkle.com | derek@derekhenkle.com |
| charlie.wojciechowski@nbcuni.com | charlie.wojciechowski@nbcuni.com |
| contactingcwb@gmail.com | contactingcwb@gmail.com |
| QUEPASAMAGAZINEINC@GMAIL.COM | QUEPASAMAGAZINEINC@GMAIL.COM |
| m.latallo@tvpolish.com | m.latallo@tvpolish.com |
| leah.a.hope@abc.com | leah.a.hope@abc.com |
| mmitchell@suntimes.com | mmitchell@suntimes.com |
| cbernal@univision.net | cbernal@univision.net |
| hauser@nytimes.com | hauser@nytimes.com |
| Kyle Garmes | kgarmes@beverlyreview.net |
| hclauss@wbez.org | hclauss@wbez.org |
| mitch@njcopsmagazine.com | mitch@njcopsmagazine.com |
| jeffhba@gmail.com | jeffhba@gmail.com |
| josh.mcghee14@gmail.com | josh.mcghee14@gmail.com |
| szalusky@dailyherald.com | szalusky@dailyherald.com |