| DisplayName | PrimarySmtpAddress |
|---|---|
| goldman.jackie@gmail.com | goldman.jackie@gmail.com |
| markguarino10@gmail.com | markguarino10@gmail.com |
| mcrepeau@chicagotribune.com | mcrepeau@chicagotribune.com |
| noah.isackson@gmail.com | noah.isackson@gmail.com |
| Andrew.E.Fies@abc.com | Andrew.E.Fies@abc.com |
| Beverly-MtGreenwood@patch.com | Beverly-MtGreenwood@patch.com |
| apchiphotos@gmail.com | apchiphotos@gmail.com |
| Bill.Kirkos@turner.com | Bill.Kirkos@turner.com |
| cimmel@wttw.com | cimmel@wttw.com |
| chandler@guardianlv.com | chandler@guardianlv.com |
| Carma.Hassan@turner.com | Carma.Hassan@turner.com |
| btafoya780@gmail.com | btafoya780@gmail.com |
| anaya.luci@gmail.com | anaya.luci@gmail.com |
| darah.languido@abc.com | darah.languido@abc.com |
| amartin@wttw.com | amartin@wttw.com |
| Blanca.E.Rios@abc.com | Blanca.E.Rios@abc.com |
| Cate.Cetta@nbcuni.com | Cate.Cetta@nbcuni.com |
| bfriedman@wttw.com | bfriedman@wttw.com |
| ccorley@npr.org | ccorley@npr.org |
| Christian.Farr@nbcuni.com | Christian.Farr@nbcuni.com |
| cmitchell@wbez.org | cmitchell@wbez.org |
| avinicky@wttw.com | avinicky@wttw.com |
| jpnewsdesk@gmail.com | jpnewsdesk@gmail.com |
| hermesa@csps.com | hermesa@csps.com |
| diaholliday@gmail.com | diaholliday@gmail.com |
| jeff@salonnewsusa.com | jeff@salonnewsusa.com |
| dantv@outlook.com | dantv@outlook.com |
| lihui19841214@gmail.com | lihui19841214@gmail.com |
| lisette@crimestopperstelevision.com | lisette@crimestopperstelevision.com |
| renita@renitadyoung.com | renita@renitadyoung.com |
| Laura.Matovina@foxtv.com | Laura.Matovina@foxtv.com |
| ronak@indiabulletinusa.com | ronak@indiabulletinusa.com |
| cnicado@negociosnow.com | cnicado@negociosnow.com |
| lauren.traut@patch.com | lauren.traut@patch.com |
| rruriostegui@gmail.com | rruriostegui@gmail.com |
| mitchell.smith@nytimes.com | mitchell.smith@nytimes.com |
| Denis.king@foxnews.com | Denis.king@foxnews.com |
| tim@hadac.com | tim@hadac.com |
| liuzhuoye@gmail.com | liuzhuoye@gmail.com |
| nyhjh901@gmail.com | nyhjh901@gmail.com |
| kamil.krzaczynski@gmail.com | kamil.krzaczynski@gmail.com |
| erica.demarest@gmail.com | erica.demarest@gmail.com |
| midwestdesk@cnn.com | midwestdesk@cnn.com |

| DisplayName | PrimarySmtpAddress |
| --- | --- |
| regina.waldroup@nbcuni.com | regina.waldroup@nbcuni.com |
| publisher@guardianlv.com | publisher@guardianlv.com |
| mparker22@bloomberg.net | mparker22@bloomberg.net |
| madelin.fuerste@foxnews.com | madelin.fuerste@foxnews.com |
| psmith@wbez.org | psmith@wbez.org |
| Rose.astorina@foxnews.com | Rose.astorina@foxnews.com |
| lindsay.welbers@gmail.com | lindsay.welbers@gmail.com |
| howardaludwig@yahoo.com | howardaludwig@yahoo.com |
| marla.cichowski@gmail.com | marla.cichowski@gmail.com |
| lorraine.swanson@patch.com | lorraine.swanson@patch.com |
| jjhilton@comcast.net | jjhilton@comcast.net |
| yudizhang@yahoo.com | yudizhang@yahoo.com |
| tom.smith@foxtv.com | tom.smith@foxtv.com |
| davey@nytimes.com | davey@nytimes.com |
| news@loopnorth.com | news@loopnorth.com |
| ecampbell14@bloomberg.net | ecampbell14@bloomberg.net |
| Tracyslutzkin1@gmail.com | Tracyslutzkin1@gmail.com |
| jeff.monosso@foxnews.com | jeff.monosso@foxnews.com |
| news.editor@live.com | news.editor@live.com |
| pcaine@wttw.com | pcaine@wttw.com |
| tchase@transitchicago.com | tchase@transitchicago.com |
| Tanja.Babich@abc.com | Tanja.Babich@abc.com |
| sschpark@gmail.com | sschpark@gmail.com |
| wmaqassigndesk@nbcuni.com | wmaqassigndesk@nbcuni.com |