| DisplayName | PrimarySmtpAddress |
| --- | --- |
| Utz, Jon C. | Jon.Utz@chicagopolice.org |
| Square, Faleesa R. | Faleesa.Square@chicagopolice.org |
| Wright, Brandi D. | Brandi.Wright@chicagopolice.org |
| Kandel, Amber | Amber.Kandel@chicagopolice.org |
| Mc Dermott, Brian P. | Brian.McDermott@chicagopolice.org |
| Vargas, Thomas | Thomas.Vargas@chicagopolice.org |
| Angelo, Dean C. | Dean.Angelo@chicagopolice.org |
| 019District, CAPS | CAPS.019District@chicagopolice.org |
| Guzman, Salvador A. | Salvador.Guzman@chicagopolice.org |
| Baker, Thomas J. | Thomas.Baker@chicagopolice.org |
| ward25@cityofchicago.org | ward25@cityofchicago.org |
| mcrepeau@chicagotribune.com | mcrepeau@chicagotribune.com |
| Vicente.sanchez@cityofchicago.org | Vicente.sanchez@cityofchicago.org |
| dan@clearcutproductions.com | dan@clearcutproductions.com |
| jlamedia8@gmail.com | jlamedia8@gmail.com |
| mmasterson@wttw.com | mmasterson@wttw.com |
| mgielis@univision.net | mgielis@univision.net |
| DiazA@cbsnews.com | DiazA@cbsnews.com |
| lespinosa@vivelohoy.com | lespinosa@vivelohoy.com |
| pmluke79@gmail.com | pmluke79@gmail.com |
| mlansu@wbez.org | mlansu@wbez.org |
| chicagoland@chicagotribune.com | chicagoland@chicagotribune.com |
| ejohnson@chicagocrusader.com | ejohnson@chicagocrusader.com |
| vivitvyradio@gmail.com | vivitvyradio@gmail.com |
| chicagobreaking@chicagotribune.com | chicagobreaking@chicagotribune.com |
| gkelly@cbs.com | gkelly@cbs.com |
| jsmith@wttw.com | jsmith@wttw.com |
| perrywilliams@247newssource.com | perrywilliams@247newssource.com |
| jac2ce@mtmail.mtsu.edu | jac2ce@mtmail.mtsu.edu |
| chicagotonight@wttw.com | chicagotonight@wttw.com |
| Craig.Dellimore@entercom.com | Craig.Dellimore@entercom.com |
| mwoelfel@wbez.org | mwoelfel@wbez.org |
| chicagostate@courthousenews.com | chicagostate@courthousenews.com |
| kbeese@chronicleillinois.com | kbeese@chronicleillinois.com |
| bpope@wciu.com | bpope@wciu.com |
| kthometz@wttw.com | kthometz@wttw.com |
| bsteele@transitchicago.com | bsteele@transitchicago.com |
| wbbmnewsradiohost@entercom.com | wbbmnewsradiohost@entercom.com |
| rpalmore@wttw.com | rpalmore@wttw.com |
| dan@dancamcom.biz | dan@dancamcom.biz |
| chanpongh@cbsnews.com | chanpongh@cbsnews.com |
| brad.appleton@tmz.com | brad.appleton@tmz.com |
| sheffernan@wbez.org | sheffernan@wbez.org |
| newstv@rcn.com | newstv@rcn.com |
| Courtney.lesskis@foxnews.com | Courtney.lesskis@foxnews.com |
| rsodini@colum.edu | rsodini@colum.edu |

| DisplayName | PrimarySmtpAddress |
| --- | --- |
| midwestdesk@turner.com | midwestdesk@turner.com |
| MiltonP@cbsnews.com | MiltonP@cbsnews.com |
| derek@derekhenkle.com | derek@derekhenkle.com |
| contactingcwb@gmail.com | contactingcwb@gmail.com |
| kara.devlin@turner.com | kara.devlin@turner.com |
| cimmel@wttw.com | cimmel@wttw.com |
| amartin@wttw.com | amartin@wttw.com |
| avinicky@wttw.com | avinicky@wttw.com |
| Benjamin.l.stein@abc.com | Benjamin.l.stein@abc.com |
| tchase@transitchicago.com | tchase@transitchicago.com |
| amberllfisher@gmail.com | amberllfisher@gmail.com |
| agrimm@suntimes.com | agrimm@suntimes.com |
| wfldassignmentdesk@fox.com | wfldassignmentdesk@fox.com |
| James Higgins (CTA) | jhiggins@transitchicago.com |
| Mina Bloom | mina@blockclubchi.org |
| Kelly Bauer | bauerjournalism@gmail.com |
| info_thedailyline | info@thedailyline.net |
| eflorezrueda | eflorezrueda@univision.net |
| Press Release | pressrelease@wcpt820.com |
| jim youngimages | jimyoungimages@gmail.com |
| connor carynski | connor.carynski@loop.colum.edu |
| Henderson Hewes | Henderson.A.Hewes@abc.com |
| csandoval | csandoval@newsy.com |
| Doug Belkin | doug.belkin@wsj.com |
| sgonzalezdeleon | sgonzalezdeleon@univision.net |
| Ambar Gilmore | ambar.gilmore@gmail.com |
| newsroom | newsroom@blockclubchi.org |
| Patrick Mullane | Patrick.Mullane@cityofchicago.org |
| photo | photo@nimataradji.com |
| Stephanie Wash | Stephanie.Wash@abc.com |
| cocoqiu | cocoqiu@sinovision.net |
| sespana | sespana@UNIVISION.NET |
| mnodigwe | mnodigwe@cbs.com |
| Jennifer Rottner | Jennifer.Rottner@chicagocopa.org |
| j meisner | jmeisner@chicagotribune.com |
| greg hanlon | Greg.hanlon@peoplemag.com |
| neil woulfe | neil.j.woulfe@abc.com |
| ballew.bcc | ballew.bcc@gmail.com |
| alex perez | alex.perez@abc.com |
| newschicagomaroon | news@chicagomaroon.com |
| szypulskit | szypulskit@aljazeera.net |
| Zachary Weber | Zachary.Weber@entercom.com |
| contacttmz123 | contact@tmz123.com |
| tvdne | tvdne@thomson.com |
| CTA Security Director Kevin Ryan | KRyan@transitchicago.com |
| wanda6402 | wanda6402@gmail.com |

| DisplayName | PrimarySmtpAddress |
|---|---|
| mediachicagojustice | media@chicagojustice.org |
| maxwell | maxwell@blockclubchi.org |
| Jeff Berkowitz | Jeff.Berkowitz0@gmail.com |
| ctamedia | ctamedia@transitchicago.com |
| asitz | asitz@wciu.com |
| Huynh, Margaret | Margaret.Huynh@chicagopolice.org |
| marcus.ccnewsmedia | marcus.ccnewsmedia@gmail.com |
| j.trzos | j.trzos@zwiazkowy.com |
| bosman | bosman@nytimes.com |
| crime pursuit | crimepursuitpodcast@gmail.com |
| Jennifer Girdon | Jennifer.Girdon@FOXNEWS.COM |
| jgudino | jgudino@univision.net |
| jamalnewsy | jamal@newsy.com |
| joeblockclubchi | joe@blockclubchi.org |
| epeterson | epeterson@dailyherald.com |
| muruena | muruena@univision.net |
| vnavarrete | vnavarrete@UNIVISION.NET |
| jpimiento | jpimiento@univision.net |
| konkolskorner | konkolskorner@gmail.com |
| ndigoeyeonchi | ndigoeyeonchi@yahoo.com |
| jgorner | jgorner@chicagotribune.com |
| artemis moshtaghian | artemis.moshtaghian@turner.com |
| Heather Cherone | hcherone@wttw.com |
| Kate Chappell | Kate.chappell@nbcuni.com |
| Nathan Layne | Nathan.Layne@thomsonreuters.com |
| etmchicagotraffic | etmchicagotraffic@gmail.com |
| deskwgntv | desk@wgntv.com |
| Jak Erichison | jakerichison19@outlook.com |
| ssingh | ssingh28@bloomberg.net |
| tiffany | tiffany@thetriibe.com |
| robert chiarito | robertchiarito@gmail.com |
| ajacobson | ajacobson@salemradiochicago.com |
| sstreff | sstreff@wgntv.com |
| Amyj31 | Amyj31@gmail.com |
| Jim Daley | jim.daley@southsideweekly.com |
| nndesk | nndesk@wgnamerica.com |
| brady gibson | brady.gibson@wishtv.com |
| producers | producers@wishtv.com |
| erika facey | erika.facey@wishtv.com |
| newswgnradio | news@wgnradio.com |
| stephanie pagones | spagones@nypost.com |
| Alessandra Martin | amartin@UNIVISION.NET |
| Nathaniel Rodgers | Nathaniel.Rodgers@FOXTV.COM |
| phoenixnews | phoenixnews@luc.edu |
| mckay | mckay@ward43.org |
| sonia ildistrict20 | sonia.ildistrict20@gmail.com |

| DisplayName | PrimarySmtpAddress |
|---|---|
| Sasha Simons | ssimons@wbez.org |
| darryl.citybureau | darryl@citybureau.org |
| maura barrett | maura.barrett@nbcuni.com |
| vruti venkatesan | vruti.venkatesan@nbcuni.com |
| chicago.citycast.fm | chicago@citycast.fm |
| Dan Frosch | dan.frosch@wsj.com |
| GHauck | ghauck@bettergov.org |
| Garrett Tenney | Garrett.Tenney@FOX.COM |
| Geordan Tilley | gtilley@wgntv.com |
| Jade Yan | jade.yan.work@gmail.com |
| asilets | asilets@wttw.com |
| Omar Jimenez - turner | Omar.jimenez@turner.com |
| mbparra | mbparra@cbs.com |
| morgan moore1 | morgan.moore@fox.com |
| Melissa Gaffney | Melissa.Gaffney@fox.com |
| J hernandez | jhernandez@wttw.com |
| Matthew Walberg | Matthew.Walberg@ccsheriff.org |
| Joseph Ryan | Joseph.Ryan@ccsheriff.org |
| Kathleen Carmody | Kathleen.Carmody@ccsheriff.org |
| Ccso Communications | Ccso.Communications@ccsheriff.org |
| Matthew Mata | Matthew.Mata@nbcuni.com |
| Chrystopher Mulligan | Chrystopher.Mulligan@FOX.COM |
| Costanza Maio | MaioC@cbsnews.com |
| Carmen Vargas | ccvargas@univision.net |
| Craig Wall | Craig.R.Wall@abc.com |
| Izabella Grimaldo | igrimaldo@univision.net |
| rmarquezlisil | rmarquezlisil@univision.net |
| BBradley | BBradley@wgntv.com |
| austintalks.org@gmail.com | austintalks.org@gmail.com |
| Keith Calloway | Keith.Calloway@Illinois.gov |
| aamogosmogos | amogos@wttw.com |
| maggie kerkman | maggie.kerkman@fox.com |
| Janelle Benham | Janelle.Benham@fox.com |
| newsStewawelNews | news@StewawelNews.com |
| JJohnson3 | JJohnson3@wgntv.com |
| l chavis | lchavis@themarshallproject.org |
| Erika Perez | erikperez@univision.net |
| Smith, Ziavan E. | Ziavan.Smith@chicagopolice.org |
| J Rendon | jrendon@univision.net |
| holly bailey | holly.bailey@washpost.com |
| stephanie lulay | stephanie@blockclubchi.org |
| Carol McGowan | carolm@desplainesvalleynews.com |
| chibureaudesk | chibureaudesk@nbcuni.com |
| Albert.Vargas@nbcuni.com | Albert.Vargas@nbcuni.com |
| TC Jones | tcjones@citizennewspapergroup.com |
| Fred Chicagonewsflash | Fred@chicagonewsflash.com |

| DisplayName | PrimarySmtpAddress |
|---|---|
| MedMediaRelationsDept.transitchicagoiaRelationsDept.transitchicago | MediaRelationsDept@transitchicago.com |
| lgodinez | lgodinez@univision.net |
| Cassandra Gauthier | GauthierC@cbsnews.com |
| f bolton | fbolton@navypier.org |
| Tom Schuba | tschuba@suntimes.com |
| Kevin Bargnes | Kevin.Bargnes@cityofchicago.org |
| m palmer | mpalmer@wgntv.com |
| jelich | jelich@wgntv.com |
| jake | jake@blockclubchi.org |
| IntriguedFullEffect | IntriguedFullEffect@hotmail.com |
| Brian Troutman | btroutman@wciu.com |
| Adriana Perez | adperez@chicagotribune.com |
| Frank Lindbloom | Frank.Lindbloom@cityofchicago.org |
| Carolina Garibay | Carolina.Garibay@audacy.com |
| mack-blockclubchi | mack@blockclubchi.org |
| asavchenko | asavchenko@wbez.org |
| Eric Cox | Eric.Cox@thomsonreuters.com |
| John Petrolinoiii | jpetrolinoiii@yahoo.com |
| Sebastian Mejia Gomez | smejiagomez@univision.net |
| t weinberg | tweinberg@wbez.org |
| tiernan gordon | tiernan.gordon@cityofchicago.org |
| ellie heckman | Ellie.Heckman@FOX.COM |
| Areli Padilla | areli.padilla@nbcuni.com |
| Rocio Varela | rocio.varela@cityofchicago.org |
| Jessica Huang | jessicahuang@worldjournal.com |
| Jared Rutecki | jrutecki@wttw.com |
| ann flores | aflores@wgntv.com |
| s charles | scharles@chicagotribune.com |
| Angela Moy | Angela@ntdtv.us |
| a otap | a.otap@zwiazkowy.com |
| shorenewsnetwork | news@shorenewsnetwork.com |
| Morgan Moore | Morgan.Moore@cityofchicago.org |
| Therese Kordelewski | Therese.Kordelewski@cityofchicago.org |
| Mary May | Mary.May@cityofchicago.org |
| Maria Fattore-Lazzaroni | Maria.fattore-lazzaroni@cityofchicago.org |
| Alisha Ludwick | Alisha.Ludwick@Fox.com |
| jason kandel | jason.kandel@lawandcrime.com |
| Isis Almeida | ialmeida3@bloomberg.net |
| Andrew Davis | syntax3733@gmail.com |
| chrrodriguez | chrrodriguez@televisaunivision.com |
| Ryan Naughton | rnaughton@wgntv.com |
| carrie shepherd | carrie.shepherd@axios.com |
| Alexandria Jud | Alexandria.L.Jud@abc.com |
| kyle mazza | kylemazzaunfofficial@journalist.com |
| Sergio Ceballos | Sergio.Ceballos@nbcuni.com |
| Joyce Philippe | joyce.philippe@abc.com |

| DisplayName | PrimarySmtpAddress |
| --- | --- |
| C Spinelli | CSpinelli@wgntv.com |
| Mike Balsamo | MBalsamo@ap.org |
| a Johnson | ajohnson@ap.org |
| Heather Tarczan | Heather.Tarczan@Illinois.gov |
| Jennifer Hoppenstedt | Jennifer.C.Hoppenstedt@abc.com |
| Tristan Karnezis Angus | tristan@the19thward.com |