| | Chicago Police Department | General Order G09-01-03 |
|---|---|---|
| | **USE OF THE INTERNET** | |

| ISSUE DATE: | 01 March 2019 | EFFECTIVE DATE: | 01 March 2019 |
|---|---|---|---|
| **RESCINDS:** | 12 January 2010 version | | |
| **INDEX CATEGORY:** | 09 - Information Management | | |
| **CALEA:** | | | |

**I.   PURPOSE**

This directive:

A. *introduces the requirement for Department members to check their e-mail at least once per tour of duty.*

B. explains the Internet and how the Department benefits from using it.

C. explains the use of the Internet by Department personnel for official business.

D. gives a brief overview of the Department's home page on the World Wide Web (WWW).

E. explains procedures for individual units to gain access to the Internet.

**II.   POLICY**

It is the Department's policy to use the Internet and the Department's home page on the World Wide Web to disseminate information, such as official Department reports, press releases, information, and other data routinely released to the public and to provide appropriate services that encourage police-community partnerships and enhance cooperative problem solving.

**III.   GENERAL INFORMATION**

A. The Department uses the Internet for the following purposes:

1. The Department maintains a *public website* on the WWW to provide information:

    a. about the Department and its programs and to offer some police services to the community. Individual units contribute to the Department's home page through the development and maintenance of unit home pages.

    b. to the public regarding wanted posters, recruitment information, crime summary information, and prostitution patron arrest photographs.

2. The Department gathers information from the community and other law enforcement professionals through interactive forms and e-mail and by accessing other sites on the WWW, news groups, bulletin boards, etc.

B. The benefits to the Department of using the Internet and WWW include the following:

1. The Internet is a valuable resource for encouraging members of the community to get involved in crime prevention and problem solving in their neighborhoods.

2. The Internet allows the Department to gather valuable information from the community and other law enforcement professionals through interactive forms and e-mail.

C. The Department's official homepage is located on the world wide web at: http://www.chicagopolice.org.

D. Members with questions, information, ideas, or suggestions about the Department's home page should contact the *Information Services Division (ISD)*.

IV. **USE OF THE INTERNET BY DEPARTMENT MEMBERS**

    A. Members:

        1. using Department resources to access the Internet will be restricted to official Department business.

        2. will not download:

            a. any material for personal use.

            b. software of any kind without the prior approval from the Director, ISD.

    B. Information will not be disseminated through the Internet by Department members as delineated in the Department directive titled "Department Reports, Publications, Survey Responses, and Official Statistics."

    C. Department-owned commercial or developed software for the Internet will not be used for personal use.

    D. Links contained within Department home pages are limited to *Department-approved* agencies.

V. **DEPARTMENT E-MAIL ACCOUNTS**

    A. *Department members will be assigned an e-mail account upon hire.*

    B. Department Internet and E-mail Guidelines

        1. All authorized users of City and Department Internet and e-mail must:

            a. *check their Department email at least once per tour of duty;*

            b. *adhere to the provisions of all existing Department rules and directives, specifically the*:

                (1) Department's Internet and E-Mail Use Policy, and

                (2) *Department directive titled* "Department-Issued Electronic Communication Devices;"

            c. promptly report any breaches of computer security to *the Information Services Help Desk at 4-DATA;*

            d. be in compliance with all federal and state laws;

            e. conform to **all** City of Chicago ordinances and Department policies and procedures;

            f. strive to minimize undue strain on the City's and Department's computer networks and disruption to others; and

            g. not disclose the contents or existence of City or Department computer files, e-mail, or other information to anyone other than authorized recipients.

        2. City and Department Internet and e-mail resources are to be used for Department business only.

        3. Department members who receive an e-mail of a criminal nature requiring immediate action (threats, reports of abuse, harassment, etc.) will **immediately** notify their sworn supervisor. The notified sworn supervisor will:

            a. determine if the completion of a case report is necessary to document the incident.

            b. ensure:

                (1) a preliminary investigation is completed.

    (2)  the proper notifications are made.

  4. **The City of Chicago and the Chicago Police Department have the right to monitor Internet and e-mail use to ensure that these resources are being used for Departmental business purposes only.**

  5. No outgoing messages on City or Department Internet or e-mail may purport to make a statement of City or Department policy, either expressly or by implication, except for messages that quote ordinances or other sources of City and/or Department policy, or messages approved by the Superintendent of Police.

C. Procedures for members to access Department E-mail on non-Department Computers

Members can access their Department e-mail account via the Internet on computers that do not have Chicago Police Department intranet access (i.e. personal computers) by the following:

1. Access the Chicago Police Department's public website at: http://www.chicagopolice.org;

2. Place the cursor over "Online Services";

3. From the drop-down list of services, choose "CPD Employee Services";

4. Select "*Office 365* CPD Web Mail" and;

5. Enter your personal username and password for e-mail access.

  **NOTE:** Accessing Department e-mail accounts on a non-Department computer does not preclude members from adhering to the provisions of the Department's Internet and E-Mail Use Policy and the policy delineated in this directive.

Authenticated by KC

18-104 CM

Eddie T. Johnson
Superintendent of Police