IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DOMINIC GWINN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cv-1823 |
| | ) | |
| v. | ) | Hon. Jeremy C. Daniel |
| | ) | |
| CITY OF CHICAGO *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S POST-TRIAL MOTIONS

Defendants, the City of Chicago and David O'Neal Brown, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b), hereby respectfully request a seven-day extension of time to respond to Plaintiff's post-trial motions, from October 22, 2025 to October 29, 2025, and in support state as follows:

1. After this case proceeded to trial as to damages only, the jury returned a verdict in Plaintiff's favor on September 17, 2025.

2. Plaintiff's post-trial motions were due on October 8, 2025. (Dkt. 96). Plaintiff filed a motion for attorneys' fees and costs, (Dkt. 105), and a motion for permanent injunction, (Dkt. 107).

3. Defendants' responses to Plaintiff's post-trial motions are presently due on October 22, 2025. (Dkt. 96).

4. Defendants' counsel conferred with Plaintiff's counsel on October 20, 2025, and requested a brief seven-day extension of time to respond to Plaintiff's post-trial motions. Plaintiff's counsel agreed to the request the following day, and thus the instant motion is unopposed.

5. Defendants make this request in good faith and not for purposes of delay. Defendants will not seek any further extensions of time.

6.  Granting this extension request will not otherwise impact the Court's scheduling in this case, as no other deadlines are scheduled and trial has completed.

**WHEREFORE**, Defendants respectfully request a seven-day extension of time to respond to Plaintiff's post-trial motions, from October 22, 2025 to and including October 29, 2025.

DATED: October 21, 2025     Respectfully submitted,

**CITY OF CHICAGO and DAVID O'NEAL BROWN**

By: */s/ Sophie E. Honeyman*
One of Their Attorneys

Joseph F. Schmidt (ARDC # 2492180)
Sophie E. Honeyman (ARDC # 6343417)
**TAFT STETTINIUS & HOLLISTER LLP**
111 E. Wacker Dr., Ste. 2600
Chicago, Illinois 606061
(312) 527-4000
jschmidt@taftlaw.com
shoneyman@taftlaw.com

*Counsel for Defendants City of Chicago and David O'Neal Brown*

195103313v1