UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NO.: 1:23-CV-01823-JD

DOMINIC GWINN,

    Plaintiff,

v.

CITY OF CHICAGO, and DAVID O'NEAL BROWN,

    Defendants.

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE A REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S POST-TRIAL MOTIONS**

    Plaintiff Dominic Gwinn, by and through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b), hereby respectfully requests a seven-day extension of time to file his reply to Defendants' Response to Plaintiff's Post-Trial Motions, from November 5, 2025 to November 12, 2025, and in support state as follows:

    1.    From September 16, 2025 to September 17, 2025, a damages-only jury trial was held in this matter, resulting in a verdict in favor of Plaintiff. (DE 96).

    2.    Pursuant to the Court's order, Plaintiff filed his post-trial motions on October 8, 2025. (DE 105, DE 107).

    3.    Defendants filed their responses to Plaintiff's motions on October 29, 2025. (DE 111).

    4.    As a result, Plaintiff's reply to Defendants' response is currently due on November 5, 2025.

1

5.        Counsel for the Plaintiff conferred with Defendants' counsel on November 4, 2025 and requested a seven-day extension to time to file Plaintiff's reply to Defendants' response to Plaintiff's post-trial motions. Counsel for Defendants' agreed to the request and indicated they would not oppose the instant motion.

6.        Plaintiff make this request in good faith and not for purposes of delay.

**WHEREFORE**, Plaintiff respectfully requests a seven-day extension of time to file a reply to Defendants' Response to Plaintiff's Post-Trial Motions, from November 5, 2025 to and including November 12, 2025.

Dated: November 4, 2025                                Respectfully submitted,

*/s/ Anthony J. Underwood*
ANTHONY J. UNDERWOOD
Bar Number: (TN) 041350 (FL) 1056640
(GA) 685078
anthony.underwood@sriplaw.com
EVAN A. ANDERSEN
Bar Number: GA 377422
evan.andersen@sriplaw.com

**SRIPLAW, P. A.**
3355 Lenox Road NE, Suite 750
Atlanta, GA 30326
470.598.0800 – Telephone
561.404.4353 – Facsimile

and

JOEL B. ROTHMAN
Bar Number: FL 98220
joel@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road, Suite 100
Boca Raton, GA 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile

3

*Counsel for Plaintiff Dominic Gwinn*