**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**CASE NO.: 1:23-CV-01823-JD**

DOMINIC GWINN,

        Plaintiff,

v.

CITY OF CHICAGO AND DAVID O'NEAL
BROWN,

        Defendants.

_____

**NOTICE OF PRESENTMENT**

    **PLEASE TAKE NOTICE** that on <u>Tuesday, November 18, 2025 at 9:30am CT</u>, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Jeremy C. Daniel, or any judge sitting in his stead, in Courtroom 1419 of the Everett McKinley Dirksen U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall present ***Plaintiff's Motion for Leave to File Supplemental Evidence In Support Of Plaintiff's Post-Trial Motion For Attorneys Fees And Costs***. As Plaintiff's counsel is located in Atlanta, Georgia, and Boca Raton, Florida respectively, Plaintiff requests the Court issue an order allowing Plaintiff's counsel to present the Motion virtually.

   DATED: November 12, 2025      Respectfully submitted,

                        <u>/s/ Evan A. Andersen</u>
                        EVAN A. ANDERSEN
                        Bar Number: GA 377422
                        evan.andersen@sriplaw.com
                        ANTHONY J. UNDERWOOD
                        Bar Number: 1056640 (FL) 041350 (TN)
                        685078 (GA)

anthony.underwood@sriplaw.com

**SRIPLAW, P. A.**
3355 Lenox Road NE, Suite 750
Atlanta, GA 30326
470.598.0800 – Telephone
561.404.4353 – Facsimile

and
JOEL B. ROTHMAN
Bar Number: FL 98220
joel@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road, Suite 100
Boca Raton, GA 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Dominic Gwinn*