**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DOMINIC GWINN,<br>Plaintiff,<br><br>v.<br><br>CITY OF CHICAGO *et al.*,<br>Defendants. | No. 23-cv-01823<br><br>Judge Jeremy C. Daniel |

**PERMANENT INJUNCTION**

1. Defendant City of Chicago, its officers, agents, servants, employees, and attorneys, and defendant David O'Neal Brown are permanently enjoined from reproducing, displaying, or creating derivative works of the plaintiff's copyrighted work, registered as PA 2-255-761, without the plaintiff's authorization.

2. Defendant City of Chicago, its officers, agents, servants, employees, and attorneys are permanently enjoined from: removing copyright management information from the plaintiff's copyrighted work, registered as PA 2-255-761; distributing the plaintiff's copyrighted work without the plaintiff's copyright management information; and applying other copyright management information to the plaintiff's copyrighted work.

Date: September 24, 2026

JEREMY C. DANIEL
United States District Judge