**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

DOMINIC GWINN ,

Plaintiff,

v.

CITY OF CHICAGO and DAVID O'NEAL BROWN,

Defendants.

Case No. 23-cv-01823
Judge Jeremy C. Daniel

**JUDGMENT IN A CIVIL CASE**

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff Dominic Gwinn and against defendants City of Chicago and David Brown in the amount of $107,500 as to Count I; and in favor of plaintiff Dominic Gwinn and against defendant City of Chicago in the amount of $40,000 as to Count II.

The Court further awards the plaintiff pre-judgment interest in the amount of $47,012.09.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff shall recover $4,801.02 in costs from defendants.

---

☒ in favor of defendant David Brown and against plaintiff Dominic Gwinn as to Count II.

---

☐ other:

---

This action was *(check one)*:

☒ tried by a jury with Judge Jeremy C. Daniel presiding, and the jury has rendered a verdict as to damages only.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Jeremy C. Daniel on a motion for summary judgment (R. 55.)

Date: 9/24/2026

Thomas G. Bruton, Clerk of Court

Vettina Franklin, Deputy Clerk