**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**CASE NO.: 1:23-cv-01823-JD**

DOMINIC GWINN,

Plaintiff,

v.

CITY OF CHICAGO and DAVID O'NEAL BROWN

Defendants.

---

# NOTICE OF APPEAL

Notice is hereby given that DOMINIC GWINN, the Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Judgment entered at ECF 123 on September 24, 2026 that, pursuant to the Order of the same date entered at ECF 122, denied Plaintiff's Motion for Attorneys' Fees filed at ECF 105. The Order entered at ECF 122 and the Judgment entered at ECF 123 are attached hereto.

Dated: October 20, 2026

Respectfully submitted,

*/s/ Evan A. Andersen*
EVAN A. ANDERSEN
evan.andersen@sriplaw.com

**SRIPLAW, P. A.**
3355 Lenox Road NE
Suite 750
Atlanta, GA 30326
470.598.0800 – Telephone
561.404.4353 – Facsimile

and

JOEL B. ROTHMAN
joel.rothman@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 212
Boca Raton, FL 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Dominic Gwinn*