**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DOMINIC GWINN,<br><br>Plaintiff-Appellant/Cross-Appellee,<br><br>v.<br><br>CITY OF CHICAGO and DAVID O'NEAL BROWN,<br><br>Defendants-Appellees/Cross-Appellant. | ) | Appeal from the United States District Court, Northern District of Illinois, Eastern Division<br><br>No. 23-cv-01823<br><br>The Honorable Jeremy C. Daniel, Judge Presiding. |

**NOTICE OF CROSS-APPEAL**

The CITY OF CHICAGO and DAVID O'NEAL BROWN, by their attorney, Renee Camille Hatcher, Acting Corporation Counsel of the City of Chicago, hereby cross-appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment of the United States District Court, Northern District of Illinois, Eastern Division, entered September 24, 2026 (Dkt. 123), entering judgment for plaintiff and against defendants in the amount of $107,500 on Count I and for plaintiff against defendant City of Chicago in the amount of $40,000 on Count II, and awarding plaintiff prejudgment interest in the amount of $47,012.09 and costs in the amount of $4,801.02; the memorandum opinion and order entered March 31, 2025 (Dkt. 55), insofar as it granted summary judgment to plaintiff; the minute entry entering the jury verdict on damages on September 17, 2025 (Dkt. 96), and any other adverse interlocutory orders.

By this appeal, defendants will ask the court of appeals to reverse the district court's judgment, orders, and rulings adverse to them, and grant such other relief as they may be entitled to on this appeal.

Respectfully submitted,

**THE CITY OF CHICAGO**
**and DAVID O'NEAL BROWN**

By: */s/ Sophie E.H. Rayzor*
One of Their Attorneys

Joseph F. Schmidt (ARDC # 2492180)
Sophie E.H. Rayzor (ARDC # 6343417)
**TAFT STETTINIUS & HOLLISTER LLP**
111 E. Wacker Dr., Ste. 2600
Chicago, Illinois 606061
(312) 527-4000
jschmidt@taftlaw.com
srayzor@taftlaw.com

*Counsel for Defendants the City of Chicago*
*and David O'Neal Brown*

305805522v1