# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

November 4, 2026

**To:** Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Case No: 26-3282

Caption:
DOMINIC GWINN,
Plaintiff - Appellee

v.

CITY OF CHICAGO and DAVID O'NEAL BROWN,
Defendants - Appellants

District Court No: 1:23-cv-01823
Clerk/Agency Rep Thomas G. Bruton
District Judge Jeremy C. Daniel

Date NOA filed in District Court: 11/03/2026

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form** (form ID: **188**)